IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>     v.<br><br>COLIN LOVETTE BOSBY,<br><br>      Defendant. | CASE NO. 1:16MJ00069 JLT<br><br>ORDER UNSEALING COMPLAINT |

  The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

  IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __**October 17, 2016**__       __**/s/ Jennifer L. Thurston**__
                       UNITED STATES MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant   1